**Fill in this information to identify the case:**

Debtor 1      Paul V. Sitton

Debtor 2
(Spouse, if filing)   Jacqueline M. Sitton

United States Bankruptcy Court for the: Northern District of Illinois

Case Number   13-02000

---

Form 4100R
# Response to Notice of Final Cure Payment

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** PNC Bank, National Association

**Court claim no.** (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account: 9496

**Property address:** 506 Boardman Circle
                  Number    Street

Bolingbrook, IL 60440
City              State      ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Prepetition Mortgage Payments

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    09/21/2017
                                                       MM / DD/ YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.   Total postpetition ongoing payments due:     (a) $ _____
b.   Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____
c.   **Total**. Add lines a and b.     (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated
for the postpetition payment(s) that first became due on:    __ / __ / ____
                                                      MM / DD/ YYYY

Debtor 1  Paul V. Sitton                                        Case number (if known) 13-02000
         First Name    Middle Name    Last Name

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments. Including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Victoria L. Tisler                                   Date  08/29/2017
   Signature

Print    Victoria L Tisler                                  Title  Bankruptcy Specialist
         First Name    Middle Name    Last Name

Company  PNC Bank, N.A.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  _____
         Number    Street

         _____
         City            State      Zip Code

Contact phone (855)245-3814                                 Email  Victoria.Kelly@pnc.com